UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
AND TRAINING FUND, and
THOMAS FISHER (as Trustee),

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST OF
THE NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' DEFINED CONTRIBUTION
PENSION FUND, and
BRIAN GENTRY (as Trustee),

CONTRACT ADMINISTRATION FUND,

        Plaintiffs,

vs.                      Case No. 08-cv-705

HENSHUE CONSTRUTION, INC.,

        Defendant.

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendant Henshue Construction, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of

defendant Henshue Construction, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 14th day of January, 2009.

/s/ Peter Oppeneer
Peter Oppeneer, Clerk of Court